**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Burton Perlman
United States Bankruptcy Judge**

**Dated: March 10, 2010**

_____
BK1000696
(JJR)

```
           UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF OHIO
                   AT CINCINNATI
```

| | |
|---|---|
| IN RE: | Case No. 09-15512 |
| David L. McGraw, Jr.<br>Stacy J. McGraw | Chapter 13 |
| | Judge Perlman |
| Debtors | |
| | **ORDER FOR RELIEF FROM STAY OF U.S. BANK N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER (PROPERTY ADDRESS: 1517 LESTER STREET, WEST PORTSMOUTH, OH 45663) (DOC. #31)** |

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by .S. Bank N.A. by and through U.S. Bank Home Mortgage its servicer ("Movant") on January 29, 2010 as Pacer Document #31 for the property located at 1517 Lester Street, West Portsmouth, Ohio 45663.

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtors, the Chapter 13 Trustee, and all necessary parties were served with the Motion as

indicated on the Certificate of Service attached to said Motion, and were served with a notice of hearing by the Clerk on January 29, 2010. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and/or assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the

Debtors.

**SO ORDERED**



/s/ Michael R. Proctor
Ohio Supreme Court #0076240

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 412-6600, ext. 3224
(513) 354-6464 fax
sohbk@lsrlaw.com


COPIES TO:

DEFAULT LIST

                    ###